IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LECAT'S VENTRILOSCOPE, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:16-cv-05298 |
| | ) | |
| v. | ) | Chief Judge Ruben Castillo |
| | ) | |
| MT TOOL AND MANUFACTURING, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

Please take notice that on Wednesday, November 30, 2016, at 9:45 a.m., I intend to appear before the Honorable Chief Judge Castillo in Courtroom 2541 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois, and present Plaintiff's Motion to Modify Standard Protective Order. With the Court's permission, I intend to present this Motion during the initial status hearing in this case that will be held at the same time.

Respectfully submitted,

Dated: November 23, 2016

 /s/ Sergey Vernyuk
Sergey Vernyuk (OH 0089101)
sv@etblaw.com
**EMERSON THOMSON BENNET, LLC**
1914 Akron-Peninsula Road
Akron, OH 44313
Phone: 330-434-9999
Fax: 330-434-8888

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice is being filed electronically, on this 23rd day of November 2016. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Sergey Vernyuk
      Sergey Vernyuk (OH 0089101)
      sv@etblaw.com
      **EMERSON THOMSON BENNET, LLC**
      1914 Akron-Peninsula Road
      Akron, OH 44313
      Phone: 330-434-9999
      Fax: 330-434-8888