UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Lecat's Ventriloscope

                                Plaintiff,

v.                                                                              Case No.: 1:16−cv−05298
                                                                                        Honorable Ruben Castillo

MT Tool and Manufacturing

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing and motion hearing held on 11/30/2016. Defendant's response to Plaintiff's motion for protective order[31] is due 12/14/2016. The Court will give plaintiff until 12/22/2016 to file a reply brief. The final paragraph of the protective order should be "The Court retains the final authority to re−designate any confidential matter as a public document." The parties are granted leave to proceed with discovery issues related to a potential Markman hearing. The parties are also directed to proceed with the initial contentions as outlined by the Local Rules.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.