IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LECAT'S VENTRILOSCOPE, ) <br> An Ohio Limited Liability Company, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MT TOOL AND MANUFACTURING, ) <br> An Illinois Corporation, ) <br> ) <br> Defendant. ) <br> ──────────────────────────── ) | Civil Action No.: 1:16-cv-05298 <br><br> Hon. Judge: Ruben Castillo <br><br> Magistrate Judge: Hon. Jeffrey T. Gilbert |

**DEFENDANT'S NOTICE OF MOTION TO STRIKE
PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS**

Please take notice that counsel for Defendant MT Tool and Manufacturing will appear before Honorable Judge Ruben Castillo on Wednesday, December 14, 2016 at 9:45 CST, in Courtroom 2541, Everett McKinley Dirksen United States Courthouse, 219 Dearborn Street, Chicago, Illinois 60604, and will present its Motion to Strike Plaintiff's Initial Infringement Contentions, a copy of which was filed and served on Plaintiff Lecat's Ventriloscope on December 9, 2016.

Respectfully submitted,

Date:  December 9, 2016          By:     s/Charles T. Riggs Jr.
*One of the Attorneys for Defendant
MT Tool and Manufacturing*

Charles T. Riggs Jr.
IL Bar No. 6225931
Law Office of Charles T. Riggs Jr.
551 Forest Ave.
River Forest, IL 60305
(708) 828-6130
riggs@riggs.pro

1

John F. Rollins
IL Bar No. 6227085
Law Office of John F. Rollins
210 N. Ellis Avenue
Wheaton, IL 60187
Phone: 630 649-9688
tlojfr@gmail.com

## CERTIFICATE OF SERVICE

I, Charles T. Riggs Jr., an attorney, hereby certify that on December 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

                                                      /s/Charles T. Riggs Jr.