## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lecat's Ventriloscope | ) | |
| | ) | Case No: 16 C 5298 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| MT Tool and Manufacturing, | ) | |

## ORDER

Enter Memorandum Opinion and Order. Defendant's motion to dismiss [23] is denied. The Court will hold a status hearing in open court on January 31, 2017 at 9:45 a.m.

Date: January 6, 2017          /s/ Chief Judge Ruben Castillo

2017 JAN -6 PM 2:46