UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lecat's Ventriloscope

                Plaintiff,

v.                                       Case No.: 1:16–cv–05298
                                                     Honorable Ruben Castillo

MT Tool and Manufacturing

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 7, 2019:

      MINUTE entry before the Honorable Ruben Castillo: After careful review of Plaintiff's motion for judgment as a matter of law at the conclusion of all the trial evidence, for all the reasons stated in open court, said motion [194] is partially denied and partially granted. The Court found that a jury could rationally find for the defendant on the issue of infringement liability. However, the Court found that no reasonable jury could find in favor of defendant MT Tool on its affirmative defenses that the plaintiff's 141 Patent was either invalid or unenforceable under the applicable evidentiary standard required for these affirmative defenses in light of the undisputed trial evidence.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.