

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lecat's Ventriloscope,

Plaintiff(s),

v.

MT Tool and Manufacturing,

Defendant(s).

Case No. 16 C 5298

Judge Ruben Castillo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of the defendant, MT Tool and Manufacturing and against the plaintiff, Lecat's Ventriloscope.

---

This action was *(check one)*:

☒ tried by a jury with Judge Ruben Castillo presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☐ decided by Judge            on a motion

Date: 3/11/2019

Thomas G. Bruton, Clerk of Court

Ruth O'Shea, Deputy Clerk    *Ruth O'Shea*