

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LECAT'S VENTRILOSCOPE, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:16-cv-05298 |
| | ) | |
| v. | ) | Chief Judge Ruben Castillo |
| | ) | |
| MT TOOL AND MANUFACTURING, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Lecat's Ventriloscope and Defendant MT Tool and Manufacturing hereby stipulate, and the Court HEREBY ORDERS:

1. This matter came before the Court on Plaintiff's Complaint filed May 17, 2016 (ECF No. 1);

2. This Court having ruled on certain matters and claims previously;

3. The remaining claims in this matter were tried to a jury resulting in a jury verdict on March 11, 2019;

4. The Parties now desire to avoid additional controversy, post-trial briefing, and appeals, and to resolve amicably, without any admission of liability, this matter and all disputes which were asserted or could have been asserted in this matter pursuant to a Settlement Agreement;

5. Therefore, this matter is dismissed with prejudice except that the Court shall retain jurisdiction of this matter and over the parties to enforce the Settlement Agreement [attached as Ex. B to Joint Motion to Vacate and incorporated by reference herein]. For

clarity, it is ordered that all claims and counterclaims that were asserted or could have been asserted in this matter are dismissed with prejudice;

6. Further, the Court hereby vacates the following:

    a. the Court's construction of "auscultation device" and "stethoscope" (§§ I and II of ECF No. 75);

    b. the Court's summary-judgment invalidation of claims 1-11 (§ II(D) of ECF No. 156); and

    c. the March 11, 2019 jury verdict and judgment of noninfringement (ECF Nos. 211, 212, 214);

7. Plaintiff's pending motion for new trial (see ECF No. 216), and Defendant's pending motion for costs (see ECF No. 218), are denied as moot in light of the above-referenced Settlement Agreement;

8. Each party shall be responsible for its own attorney's fees, costs, and expenses.

Dated: April 12, 2019

AGREED:

/s/ Sergey Vernyuk
Sergey Vernyuk (OH 0089101)
sv@etblaw.com
Jon A. Troyer (OH 0080888)
jat@etblaw.com
Roger D. Emerson (OH 0037731)
roger.emerson@etblaw.com
EMERSON THOMSON BENNETT, LLC
1914 Akron-Peninsula Road
Akron, OH 44313
Phone: 330-434-9999
Fax: 330-434-8888

Ronald B. Kowalczyk (ARDC#6274373)
rkowalczyk@kowalczyklaw.com
KOWALCZYK LAW OFFICES
100 Illinois Street, Suite 200

/s/ Charles T. Riggs Jr. (by consent)
Charles T. Riggs Jr. (IL Bar No. 6225931)
riggs@riggs.pro
LAW OFFICE OF CHARLES T. RIGGS JR.
551 Forest Avenue
River Forest, IL 60305
Phone: 708-828-6130

John F. Rollins (IL Bar No. 6227085)
tlojfr@gmail.com
LAW OFFICE OF JOHN F. ROLLINS
210 N. Ellis Avenue
Wheaton, IL 60187
Phone: 630-649-9688

*Attorneys for Defendant*

2

Saint Charles, IL 60174
Phone: 630-665-2224

*Attorneys for Plaintiff*

IT IS SO ORDERED:

DATED this __17th__ day of __April__, 2019.

_____
Chief Judge Rubén Castillo
United States District Court Judge